UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CaseNo.: 5:19-MJ-00055 JLT |
| Plaintiff, | ) ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| JOSE REFUGIO VALDIVIA-MARTIN, | ) ) ) | |
| Defendant. | ) | |

The defendant has sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** Kevin P. Rooney is appointed to represent the defendant in this case effective *nunc pro tunc* to December 10, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **December 13, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL     1